# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ASHONTA ESWAIEN HAMMOND | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 5:96CR15-10-V<br>USM Number: 12701-058<br><br>Lesley B. Whitcomb<br>Defendant's Attorney |

FILED
STATESVILLE, N.C.

MAR 27 2006

U.S. DISTRICT COURT
W. DIST. OF NC

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) 2 & 4 & part of violation in 1 of the term of supervision.
___   Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use (first positive drug test) | 1/18/05 |
| 2 | Other (during home detention defendant failed to remain at home on dates that he did not work) | 5/27/05 |
| 4 | New law violation | 10/25/04 |

The Defendant is sentenced as provided in pages 1 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___   The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**COURT DECLINES TO REVOKE SUPERVISED RELEASE. DEFENDANT IS TO MAKE GOOD FAITH EFFORTS TO MAKE PAYMENTS.**

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   1/2/77

Date of Imposition of Sentence: February 21, 2006

_/s/ Richard L. Voorhees_
Signature of Judicial Officer

Richard L. Voorhees
Chief Judge

Defendant's Mailing Address:
5193 Joseph Ct.
Hickory, NC 28602

Date: 3-22-06